IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

ROBERT HAYNES,                )
                              )
        Plaintiff,             )
                              )
vs.                           )   CIVIL ACTION NUMBER
                              )
OFFICERS BISHOP, ELLIOT,       )   99-C-2611-NE
DUNNE, and JOHNSON,            )
                              )
        Defendants.            )

**MEMORANDUM OPINION**

The magistrate judge filed a Report and Recommendation on July 19, 2000, recommending that this action be dismissed for failure to state a claim for which relief can be granted. Plaintiff has filed objections to the Report and Recommendations.

The Court has carefully considered *de novo* all materials in the court file, including the report and recommendations and objections thereto.

The relevant facts, viewed in a light most favorable to Plaintiff, are these. Plaintiff was arrested on June 1, 1997, and placed in the Madison County Jail. Plaintiff was physically beaten and verbally abused while he was incarcerated. Defendant Elliott removed Plaintiff's clothes on June 2, 1997, and forced him to sleep without a mattress for two months. On August 17, 1997, Defendant Bishop directed racial slurs to him as he gave him

a tray of food which had urine in it. Plaintiff was beaten and choked by Defendants Elliott and Johnson in the summer of 1997 when he beat on the doors to request medical attention. On June 1, 1999, when Plaintiff was released from the Madison County Jail, he was not allowed to check his property and he later discovered that some of his property had not been returned. This action was filed on September 26, 1999. Plaintiff is confined to the Taylor Hardin Medical Facility, presumably because of psychiatric problems.

The Court ACCEPTS the magistrate judge's recommendation that Plaintiff's claim for lost property does not state a claim for which federal relief can be granted. *Daniels v. Williams,* 474 U.S. 327 (1986); *Hudson v. Palmer*, 468 U.S. 517 (1984).

The Court REJECTS the magistrate judge's recommendation that the other claims are frivolous. *Neitzke v. Williams*, 490 U.S. 319(1989); *Prather v. Norman*, 901 F.2d 915(11th Cir. 1990).

The Court ACCEPTS the magistrate judge's recommendation that all such claims are barred by Alabama's two-year catchall statute of limitations. *See Ala Code* § 6-2-38(a).

Accordingly, the complaint is due to be dismissed. The Court expressly does not find the action to be frivolous.

A Final Judgment will be entered accordingly.

2

DONE this ___31st___ day of August, 2000.

                                              _____
                                              UNITED STATES DISTRICT JUDGE
                                              U. W. CLEMON